(129 So. 927)

### Donald VEASY v. CITY OF PHENIX CITY.
### 4 Div. 626.

Court of Appeals of Alabama.
Aug. 19, 1930.

Roy L. Smith, of Phenix City, for appellant.
J. B. Hicks, of Phenix City, for appellee.

RICE, J.

The court has read the entire evidence in this case, sitting en banc.

The case, as made by the evidence, against the appellant, cannot be distinguished, in principle, from that shown by the evidence in the case of Trammel v. City of Roanoke, 23 Ala. App. 385, 125 So. 795, and, upon the authority of what we said in the opinion in that case, we

hold that it was error to refuse to give, at appellant's request, the general affirmative charge in his favor.

Reversed and remanded.